UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

FILED

**IN THE MATTER OF**       )
                              )          G.O. 01-01
**COURTHOUSE SECURITY**   )

**IT IS HEREBY ORDERED,** all persons, packages, parcels, and containers entering this facility shall be subject to security procedures determined by the United States Marshal. To maintain the security of this facility and prisoners in transit therein, all persons are required to comply with all direct and lawful orders of Court Security Officers.

Dated November 20, 2001, at Muskogee, Oklahoma

_____
Frank H. Seay
Chief Judge
United States District Court